**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANTHONY BRIAN MALLGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   26-01475 (UNA) |
| | ) | |
| UNITED STATES *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM OPINION</u>

This action brought *pro se* is before the Court on review of Plaintiff's complaint and application for leave to proceed *in forma pauperis*.  For the following reasons, the Court grants the application and dismisses the complaint.

Plaintiff, a resident of Bronx, New York, sues the United States, the State of New York, New York Governor Kathy Hochul, the State University of New York (SUNY), and John B. King, Jr., against whom no allegations are made in the complaint.  Plaintiff recounts his "good faith" effort "to undergo vocational rehabilitation in New York State as part of the Social Security Ticket to Work program" and experiencing "pushback from ACCES-VR, part of New York State[.]" Compl. ¶¶ 2-3, ECF No. 1. He also criticizes SUNY and New Yorkers. *Id.* ¶¶ 5-9.  Plaintiff then pivots to a request "for accommodation in the District of Columbia, where the greatest elective modern-day minds congregate."  *Id.* ¶ 10.  He alleges that he has "yet to receive proper accommodation in the District of Columbia" and demands accommodations *from the District* for housing, "vocational rehabilitation," and employment.  *Id.* ¶ 11.

Although *pro se* complaints are held to less stringent standards than those applied to formal pleadings drafted by lawyers, *Haines v. Kerner*, 404 U.S. 519, 520 (1972), they must comport with

the Federal Rules of Civil Procedure, *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of (1) the grounds for the court's jurisdiction, (2) the claim showing that the pleader is entitled to relief from the defendant, and (3) the relief demanded.  Fed. R. Civ. P. 8(a).  The District of Columbia is not a party defendant nor alleged to have a relationship with the defendants. Therefore, this case will be dismissed for failure to state a claim.  28 U.S.C. § 1915(e)(2)(B)(ii).

A separate order accompanies this opinion.

_____/s/_____
RANDOLPH D. MOSS
Date:  July 27, 2026                     United States District Judge

2